IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DEMETRICK PENNIE<br><br>Plaintiffs,<br>v.<br><br>DALLAS MORNING NEWS, et al<br><br>Defendants. | Civil Action No.: 3:19-cv-1945 |

## MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS

Plaintiff Demetrick Pennie ("Mr. Pennie") hereby moves this Court for a 30-day extension of time, until and including December 12, 2019 to effect service of the Complaint on Defendants. The reason for this request is that Mr. Pennie has been deciding whether to proceed with this case, and has ultimately decided to move forward with it.

Process servers are currently in the process of effecting service on the Defendants, and no prejudice will result from this brief extension of time.

Dated: November 5, 2019     Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
2020 Pennsylvania Ave N.W. #345
Washington, D.C. 20006
Tel: (561) 558-5336
Email: leklayman@gmail.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on November 5, 2019

/s/ Larry Klayman